## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

James A Moore Jr

                Plaintiff,

v.                                  Case No.: 1:15−cv−03983
                                        Honorable Sara L. Ellis

City Of Chicago

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 15, 2015:

    MINUTE entry before the Honorable Sara L. Ellis:Status hearing held on 9/15/2015. Plaintiff appears for status hearing. Summons returned executed on 8/21/2015. Plaintiff directed to reissue summons to City of Chicago's Law Department, Attention: Steven Patton, Corporation Counsel. Status hearing set for 10/20/2015 at 9:30 AM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.